# UNITED STATES DISTRICT COURT
## District of Minnesota

| | |
|---|---|
| Kaw Bleh Htoo, | **JUDGMENT IN A CIVIL CASE** |
| Petitioner(s), | |
| v. | Case Number: 26-cv-483 NEB/SGE |
| Kristi Noem, Todd M. Lyons, David Easterwood, Pamela Bondi, Daren K. Margolin, | |
| Respondent(s). | |

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The Petition for Writ of Habeas Corpus (ECF No. 1) is GRANTED IN PART. The Court:

a. ENJOINS Respondents from moving Petitioner outside of Minnesota prior to his release. If Petitioner has already been removed from Minnesota, Respondents are ORDERED to immediately return and release Petitioner in Minnesota;

b. ORDERS that Respondents must immediately release Petitioner from custody in Minnesota subject to the conditions of Petitioner's Order of Supervision. Respondents must release Petitioner from custody in Minnesota as soon as practicable with coordination or at least two hours' advance notice to counsel, but not later than 24 hours after entry of this Order; and

c. ORDERS that, within two days of release, the Respondents shall file notice on the docket confirming that release within Minnesota has occurred.

Date: 1/27/2026                                                                                     KATE M. FOGARTY, CLERK